IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01466-RM-MJW

DESIREE MORALEZ and
GABRIEL MORALEZ,

Plaintiff(s),

v.

NATIONWIDE INSURANCE COMPANY OF AMERICA d/b/a
NATIONWIDE d/b/a ALLIED INSURANCE,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion to Modify Scheduling Order to Extend All Pretrial Deadlines (Docket No. 16) is granted.  The Scheduling Order (Docket No. 15) is thus amended as follows.  The expert witness disclosure deadline is now March 31, 2014; the rebuttal expert witness disclosure deadline is now April 24, 2014; the deadline to serve interrogatories, requests for production, and/or admissions is now April 25, 2014; the discovery deadline is now May 31, 2014; and the dispositive motion deadline is now June 30, 2014.  In addition, the Final Pretrial Conference set on July 7, 2014, at 9:30 a.m. is VACATED and RESET on September 5, 2014, at 9:30 a.m.  The proposed Final Pretrial Order shall be filed on or before August 29, 2014.

Date: January 9, 2014