**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13-cv-01466-RM-MJW

DESIREE MORALEZ and
GABRIEL MORALEZ,

    Plaintiffs,

v.

NATIONWIDE INSURANCE COMPANY OF AMERICA d/b/a
NATIONWIDE d/b/a ALLIED INSURANCE,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    Pursuant to and in accordance with Fed.R.Civ.P. 41 (1)(A)(ii) and the Stipulated Motion for Dismissal With Prejudice (ECF No. 19) signed by the attorneys for the parties hereto, it is therefore

    ORDERED that all claims by Plaintiff's Desiree and Gabriel Moralez and against Nationwide Insurance Company of America be hereby dismissed with prejudice.

    DATED this 1st day of April, 2014.

                                                      BY THE COURT:

                                                    RAYMOND P. MOORE
                                                    United States District Judge